UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

HOWARD COHAN,

    Plaintiff,

CASE NO.: 9:20-cv-81230-WPD

vs.

BRAMAN PALM BEACH, INC.
a Florida Profit Corporation
d/b/a BRAMAN HONDA OF PALM BEACH

    Defendant(s).
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendant, BRAMAN PALM BEACH, INC., a Florida Profit Corporation, d/b/a BRAMAN HONDA OF PALM BEACH, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against BRAMAN PALM BEACH, INC., a Florida Profit Corporation, d/b/a BRAMAN HONDA OF PALM BEACH; (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement; and (4) the Parties condition the stipulation upon this Court entering an order retaining jurisdiction to enforce the terms of the Parties' Settlement Agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

RESPECTFULLY SUBMITTED October 9, 2020.

| By: **/s/ Gregory S. Sconzo** | **By: /s/ Glenn M. Rissman** |
|---|---|
| Gregory S. Sconzo, Esq. | Glenn M. Rissman, Esq. |
| Florida Bar No.: 0105553 | Florida Bar No.: 899526 |
| Sconzo Law Office, P.A. | STEARNS WEAVER MILLER WEISSLER |
| 3825 PGA Boulevard, Suite 207 | ALHADEFF & SITTERSON, P.A. |
| Palm Beach Gardens, FL 33410 | 200 East Las Olas Blvd, Suite 2100 |
| Telephone: (561) 729-0940 | Fort Lauderdale, FL 33301 |
| Facsimile: (561) 491-9459 | Telephone: (954) 462-9500 |
| Email: greg@sconzolawoffice.com | Email: grissman@stearnsweaver.com |
| Attorney for Plaintiff | Attorney for Defendant |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 9, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                 **/s/ Gregory S. Sconzo**
                                                 **Gregory S. Sconzo, Esq.**