UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-81230-CIV-DIMITROULEAS

HOWARD COHAN,

     Plaintiff,

vs.

BRAMAN PALM BEACH, INC.,

     Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE comes before the Court on the Parties' Joint Stipulation of Dismissal with Prejudice [DE 10], (the "Stipulation"), filed herein on October 9, 2020. The Court has considered the Stipulation and is otherwise fully advised in the premises.

It is hereby **ORDERED AND ADJUDGED** as follows:

1. The Stipulation is **APPROVED**;

2. This case is hereby **DISMISSED** with prejudice;

3. The Court retains jurisdiction for the sole purpose of enforcing the settlement agreement.

4. The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of October, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record